# Third District Court of Appeal

## State of Florida

Opinion filed April 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0542
Lower Tribunal No. 22-17523-CA-01
_____

**Belleview Villas Condominium I Association, Inc.,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman, for appellant.

Greenberg Traurig, P.A., and Elliot H. Scherker, Brigid F. Cech Samole, Mark A. Salky, James E. Gillenwater and Bethany J. M. Pandher, for appellee.

Before FERNANDEZ, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Denose v. Garcia</u>, 388 So. 3d 857, 859 (Fla. 3d DCA 2023) ("While we are sympathetic that the statute of limitations has expired on Denose's claim against Garcia, the trial court has discretion to dismiss a case for a failure of service under Rule 1.070(j) even when the statute of limitations serves to bar an action."); <u>Powell v. Madison Cnty. Sheriff's Dep't</u>, 100 So. 3d 753, 754 (Fla. 1st DCA 2012) (affirming dismissal for failure to effectuate service despite expiration of statute of limitations where trial court balanced the competing policy considerations between achieving a resolution on the merits and the preclusive effect of the statute of limitations).